**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7572**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BOBBY CARROLL COOK,

Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (CR-94-47, CA-97-2-3)

---

Submitted: July 2, 1998            Decided: July 30, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Bobby Carroll Cook, Appellant Pro Se. Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Cook, Nos. CR-94-47; CA-97-2-3 (N.D.W. Va. Aug. 19, 1997). We note that viewing the evidence in the light most favorable to the government, a rational trier of fact could find beyond a reasonable doubt that Cook carried the firearm at issue. See Muscarello v. United States, ___ U.S. ___, 66 U.S.L.W. 4459 (U.S. June 8, 1998); United States v. Hudgins, 120 F.3d 483, 487-88 (4th Cir. 1997); United States v. Mitchell, 104 F.3d 649, 653-54 (4th Cir. 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2